| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael Reilly** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | xxx–xx–2916 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Lynda W Reilly** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | xxx–xx–9559 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter  **7**  **5/13/19** | |
| Case number: | **19–13754** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Reilly | Lynda W Reilly |
| 2. | **All other names used in the last 8 years** | aka M. Michael Reilly, aka Mathew Michael Reilly | |
| 3. | **Address** | 1501 Harbour Towne Place <br> Naperville, IL 60564 | 1501 Harbour Towne Place <br> Naperville, IL 60564 |
| 4. | **Debtor's attorney** <br> Name and address | John P Carlin <br> Suburban Legal Group PC <br> 1305 Remmington Road; Suite C <br> Schaumburg, IL 60173 | Contact phone 847–843–8600 <br> Email: jcarlin@suburbanlegalgroup.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Frank J Kokoszka <br> Kokoszka & Janczur, P.C. <br> 19 South LaSalle <br> Suite 1201 <br> Chicago, IL 60603–1419 | Contact phone 312–443–9600 <br> Email: trustee@k–jlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 5/14/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 24, 2019 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/23/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-13754-JSB
Michael Reilly                                                          Chapter 7
Lynda W Reilly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales            Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: 309A              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db/jdb         +Michael Reilly,    Lynda W Reilly,    1501 Harbour Towne Place,    Naperville, IL 60564-5689
27834170       +American Bank N.a.,    Pob 4178,    Rock Island, IL 61204-4178
27834172       +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
27834173       +Aurora Bank, Fsb,    2617 College Park,    Scottsbluff, NE 69361-2294
27834177       +Chevy Chase Fed Sav Ba,    Capital One/Attn:Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
27834178       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
27834182       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
27834183       +Home Point Financial Corp,    Attn: Correspondence,    11511 Luna Rd, Ste 200,
                 Farners Branch, TX 75234-6451
27834184       +Kayla Alexander and Jacob Kasprak,    107 N 4th Street,    Capron, IL 61012-7704
27834185       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
27834186       +Marilyn McCormick,    105 North Fourth Street,    Unit 1A,    Capron, IL 61012-7704
27834187       +Marriott Vacations Worldwide,    1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
27834189       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
27834193       +Patrick Clark,    107 North Fourth Street,    Capron, IL 61012-7704
27834194       +PrimeLending,    Attn: Bankruptcy,    780 Lynnhaven Pkwy, Ste 375,
                 Virginia Beach, VA 23452-7332
27834195        Starr Covarrubias,    107 North 4th Street,    Capron, IL 61012-7704
27834196       +Steve Williams,    107 North Fourth Street,    Unit 1 B,    Capron, IL 61012-7704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jcarlin@suburbanlegalgroup.com May 15 2019 08:20:58     John P Carlin,
                 Suburban Legal Group PC,    1305 Remmington Road; Suite C,    Schaumburg, IL   60173
tr              EDI: QFJKOKOSZKA.COM May 15 2019 11:38:00      Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
                 19 South LaSalle,    Suite 1201,    Chicago, IL   60603-1419
27834171       +EDI: AMEREXPR.COM May 15 2019 11:38:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
27834174       +EDI: TSYS2.COM May 15 2019 11:38:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
27834175       +EDI: CAUT.COM May 15 2019 11:38:00      Chase Auto Finance,    Attn: Bankruptcy,    Po Box 901076,
                 Fort Worth, TX 76101-2076
27834176       +EDI: CHASE.COM May 15 2019 11:38:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
27834179       +EDI: WFNNB.COM May 15 2019 11:38:00      Comenity Bank/Ann Taylor,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
27834180       +EDI: WFNNB.COM May 15 2019 11:38:00      Comenity Bank/Ann Taylor Loft,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
27834181       +EDI: WFNNB.COM May 15 2019 11:38:00      Comenity Bank/Talbots,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
27834188       +EDI: DAIMLER.COM May 15 2019 11:38:00      Mercedes-Benz Financial Services,
                 Attn: Bankruptcy Dept,    Po Box 685,    Roanoke, TX 76262-0685
27834190        E-mail/Text: bnc@nordstrom.com May 15 2019 08:23:04     Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
27834191       +Fax: 407-737-5634 May 15 2019 08:41:08      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd  Ste 100,    West Palm Beach, FL 33409-6493
27834192       +Fax: 407-737-5634 May 15 2019 08:41:08      Ocwen Loan Servicing, LLC.,    Attn: Research Dept,
                 1661 Worthington Rd., Ste 100,    West Palm Beach, FL 33409-6493
27834197       +EDI: RMSC.COM May 15 2019 11:38:00      Syncb/ Care Credit,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
27834198       +EDI: RMSC.COM May 15 2019 11:38:00      Synchrony Bank/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
27834199       +EDI: RMSC.COM May 15 2019 11:38:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
27834200       +EDI: RMSC.COM May 15 2019 11:38:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
27834201       +EDI: USBANKARS.COM May 15 2019 11:38:00      US BankCorp,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201-5229
27834202       +E-mail/Text: vci.bkcy@vwcredit.com May 15 2019 08:24:28     Volkswagen Credit, Inc,
                 Attn: Bankruptcy,    Po Box 3,    Hillboro, OR 97123-0003
                                                                                               TOTAL: 19
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1           User: ccabrales              Page 2 of 2                   Date Rcvd: May 15, 2019
                               Form ID: 309A                Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Frank J Kokoszka    trustee@k-jlaw.com,   fkokoszka@ecf.axosfs.com
              John P Carlin    on behalf of Debtor 2 Lynda W Reilly jcarlin@suburbanlegalgroup.com,
               suburbanlegalgroup@iamthewolf.com
              John P Carlin    on behalf of Debtor 1 Michael  Reilly jcarlin@suburbanlegalgroup.com,
               suburbanlegalgroup@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 4
```